ANNIE M. BURNS, Appellant, *v.* THOMAS J. CROWLEY, Respondent.

(Submitted January 26, 1933; decided March 1, 1933.)

*William J. Killea* and *Thomas R. Putsche* for appellant.
*Emanuel Tacker* and *William H. Hickin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.